FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
08/12/22
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

"AMENDED"

Civil Action No. **1:22-cv-2006**

   Jerome L. Grimes                                        , Plaintiff

v.

   Toms Towing, LLC.                                    ,

**Jury Trial requested:**
(please check one)
 _X_  Yes  ___  No

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names of the defendants listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.*)

# COMPLAINT

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other**

**materials to the Clerk's Office with this complaint.**

A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

       1467 Siskiyou Blvd.,

       PMB #: 5060

 Jerome L. Grimes  Ashland, OR. 97520
(Name and complete mailing address)

 (219) 808-0306
(Telephone number and e-mail address)

B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

          300 N. Vision Lane

Defendant 1:  Tom's Towing, LLC., Pueblo, CO. 81001
    (Name and complete mailing address)

    (719) 545-2103
    (Telephone number and e-mail address if known)


Defendant 2:
    (Name and complete mailing address)


    (Telephone number and e-mail address if known)


Defendant 3:
    (Name and complete mailing address)


    (Telephone number and e-mail address if known)


Defendant 4:
    (Name and complete mailing address)


    (Telephone number and e-mail address if known)

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____Trespass to Chattel and Premises Liability that Caused Substantial Financial Harm._____  _____

__X__  Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Florida (INTENT to live in **Oregon** LULLED via Intimidation Without Force & Fear._____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ____Colorado_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in ____Colorado_____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    **Trespass to Chattel and Premises Liability that Caused Substantial Financial-Harm.**

Supporting facts:

On **January 13, 2022**, the DEFENDANT, Tom's Towing, LLC., was given permission to Automobile Tow the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's **1998** Ford Expedition SUV, permission given by State Actor/(*"Co-shill"* of the Defendant), Pueblo Police Officer, Albaugh #: ____, who alleged to be an abandoned vehicle. The In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's **1998** Ford Expedition SUV, was also FILLED with trade secrets, confidential financials, and personal private valuable property.

The DEFENDANT, Tom's Towing, LLC., when entrusted with dominion of the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's **1998** Ford Expedition SUV filled with valuable Chattel did commit Trespass to Chattel (i.e., Illegally Looted, Plundered, Seized, and Permanently Deprived) via Automobile Towing Rouse or/and Action, the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's above-mentioned valuables (i.e., **1998** Ford Expedition SUV & Its Interior CONTENTS) on or about **January 20, 2022**.

The In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA, discovered this Trespass to Chattel Federal Law Cause of Action through plunder was committed by the DEFENDANT, Tom's Towing, LLC., and/or occurred while on the Premises of the DEFENDANT, Tom's Towing, LLC., against the above-mentioned confidential personal private property permanently stolen from the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA (**SEE:** Pueblo Police Abandon Vehicle Incident Report #: **22-000813** Reporting Party: Officer, Albaugh (**January 13, 2022**); and Pueblo Police Automobile Burglary Incident Report #: **22-001166** Reporting Party: Jerome L. Grimes (**January 20, 2022**).

DEFENDANT, Tom's Towing, LLC.'s Premises'/Worksite: 300 N. Vision Lane, Pueblo, Colorado 81001 - Automobile STORAGE Yard is where the pre-textual automobile towing STORAGE and/or automobile burglary of the above-mentioned valuable **1998** Ford Expedition SUV with valuables inside its interior, discovered through In Pro Se, Independent Investigation of the Premises Liability and pre-textual PARKING and/or Trespass to Chattel of the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's **1998** Ford Expedition SUV and Valuable CONTENTS on the PREMISES of the DEFENDANT, Tom's Towing, LLC., which was PARKING On The DEFENDANT, Tom's Towing, LLC.'s Premises Other Than The Required Pueblo Police Protected Automobiles Storage/Towed Automobiles Area.

On or about **March 17, 2022**, the DEFENDANT'S Disposed, Auctioned, and Looted the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's **remaining 1998** Ford Expedition SUV-**Hull** and **remaining** Large Valuable Items "not" stolen "before" on **January 20, 2022** (*Turrisi -v.- Ponderosa, Inc.*, 179 A.D.2d 956 [d Dep't 1992]: Premises Liability is the liability that a landowner or occupier has for certain torts that occurred on their land).

E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

SUM Certain Amount: **$3,400,000.00** (Three Million Four Hundred Thousand Dollars) for permanent loss of the **1998** Ford Expedition SUV and confidential valuable financials for MBA Graduate School (**2020**) Professional Student Career Archives for Adjunct Professor Transition into self-employment and university of higher learning employment projected in **2022**-Year derailed and permanently loss of said scholarly and/or academia course work completed with research and vitae on desktop computer (i.e., CONTENTS *STORED* inside of the said **1998** Ford Expedition SUV)**;** permanent loss of the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's non-profit organization works-of-art (i.e., desktop computer CONTENTS *STORED* inside of the said **1998** Ford Expedition SUV) for internal control of (FSF) Futuristic Safety First (founding) seeking non-profit status **2022**-Year start-up as Acting Chief Administrator**;** permanent loss of the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's for-profit corporation works-of-art (i.e., desktop computer TRADE SECRETS/CONTENTS *STORED* inside of the said **1998** Ford Expedition SUV) for internal control of Jerome L. Grimes' Productions, LLC., (founding) start-up **2022**-Year as Acting Chief Executive Officer (CEO)**;** permanent loss of the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's for-profit corporation works-of-art (i.e., desktop computer TRADE SECRETS/CONTENTS *STORED* inside of the said **1998** Ford Expedition SUV) for internal control of Team Protégé, LLC., (founding) start-up **2022**-Year as Acting (CEO) Chief Executive Officer**;** permanent loss of the In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's for-profit corporation works-of-art (i.e., desktop computer TRADE SECRETS/CONTENTS *STORED* inside of the said **1998** Ford Expedition SUV) for internal control of Team Protégé, LLC., (founding) start-up **2022**-Year as

Acting (CEO) Chief Executive Officer; and permanent loss of In Pro Se, Plaintiff, Jerome L. Grimes, B.A., & MBA's desktop computer TRADE SECRETS/CONTENTS *STORED* inside of the said **1998** Ford Expedition SUV for Copyrighted **1994**, **2014**, **2017**, & **2018**–Years Editions/ (Supplemental Registrations) of "*Too Sweet To Beat These Small Business Start-up Informational Video DVD #1*" and in-progress "*Too Sweet To Beat These Small Business Start-up Informational Video* **DVD #2**", "*Too Sweet To Beat These Small Business Start-up Informational Video* **DVD #3**", and "*Too Sweet To Beat These Small Business Start-up Informational Video* **DVD #4**"; 32" Flat Screen Color Television; 120" Sony Trinitron Color Television; 5 ' Heavy Punching Bag with Stand; 19" RCA Color Television with Built-in VCR; Microwave Oven; Folding Table; Folding Chair; DVD Zenith Recorder; 11 x 14 size "Antique" Art Paintings 3-Qty; Confidential Legal Mail; a list of PRIVATE property, effects, and writings more items permanently lost available on-demand.

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   **JEROME L. GRIMES**
   (Plaintiff's signature)


      August 10, 2022
   (Date)

(Revised February 2022)

8